Capstan AG Systems, Inc., et. al., Plaintiff(s)
vs.
Raven Industries, Inc., et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 141785-0002

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--CNH Industrial America, LLC, via The Corporation Service Company, as Registered Agent
Court Case No. 16-4132-DDC-KGS

ARMSTRONG TEASDALE LLP
Julie A Sullivan
7700 Forsyth Blvd., Ste. 1800
St. Louis, MO 63105-1847

State of: Kansas ) ss.
County of: Shawnee )

**Name of Server:** Ryan E. Weekley, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

**Date/Time of Service:** that on the 2nd day of August, 20 16, at 12:40 o'clock P M

**Place of Service:** at 112 SW 7th Street, Suite 3C, in Topeka, KS 66603

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Complaint With Jury Trial Demanded;
Exhibit A; Exhibit B; Civil Cover Sheet; Plaintiff's Designation of Trial Location;
Form AO 120 and Corporate Disclosure Statement

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
CNH Industrial America, LLC, via The Corporation Service Company, as Registered Agent
By delivering them into the hands of an officer or managing agent whose name and title is: Samantha Milner (Registered Agent)

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Blonde ; Facial Hair No
Approx. Age 30 ; Approx. Height 5'6 ; Approx. Weight 110

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 3rd day of August, 2016

Notary Public     4/22/18 (Commission Expires)

DIANNE L HILTON
Notary Public, State of Kansas
My Appointment Expires
4/22/18