## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CAPSTAN AG SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:16-cv-4132-DDC-KGS |
| | ) |
| RAVEN INDUSTRIES, INC. and CNH | ) |
| INDUSTRIAL AMERICA LLC, | ) |
| | ) |
| Defendants. | ) |

### CNH INDUSTRIAL AMERICA LLC'S RULE 7.1
### CORPORATE DISCLOSURE STATEMENT

Defendant CNH Industrial America, LLC ("CNH"), pursuant to Federal Rule of Civil Procedure 7.1, hereby files the following Corporate Disclosure Statement:

CNH Industrial America LLC is a privately held Delaware limited liability company whose sole member is Case New Holland Industrial, Inc. Case New Holland Industrial, Inc. is a Delaware corporation and a wholly owned subsidiary of CNH Industrial N.V. which is a Netherlands public limited liability company with its principal office in the United Kingdom. CNH Industrial N.V.'s common shares are listed on the New York Stock Exchange and the Mercato Telematico Azionario, organized and managed by the Borsa Italiana S.p.A. CNH Industrial N.V. qualifies as a "foreign private issuer" under the U.S. federal securities laws.

Dated: August 23, 2016                                Respectfully submitted,

/s/ Patrick D. Kuehl, Jr.
Patrick D. Kuehl, Jr.            KS # 20113
Michael R. Owens                 KS # 26747
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112-2551
Phone: 816.983.8000
Fax:    816.983.8080
patrick.kuehl@huschblackwell.com
michael.owens@huschblackwell.com

David M. Stein
(*Pro Hac Vice* application pending)
david.stein@alston.com
Evan W. Woolley
(*Pro Hac Vice* application pending)
evan.woolley@alston.com
ALSTON & BIRD LLP
333 South Hope Street, Suite 1600
Los Angeles, California 90071
Phone: 213.576.1000
Fax:    213.576.1100

**Attorneys for Defendants Raven Industries, Inc. and CNH Industrial America LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August 2016, a copy of the foregoing was filed electronically with the above-captioned Court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF System.

/s/ Patrick D. Kuehl, Jr.
Attorney